UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PEDRO OTAVO TORO, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3-07-cv-1356 (JCH) |
| | : | |
| v. | : | |
| | : | |
| ARNOLD FOODS COMPANY, INC. | : | |
| d/b/a GEORGE WESTON | : | |
| BAKERIES, INC., | : | DECEMBER 10, 2009 |
|     Defendant. | : | |

**RULING RE: MOTION FOR RECONSIDERATION (Doc. No. 50)**

On October 28, 2009, defendant, Arnold Foods Company, Inc., filed a Motion for Reconsideration of the court's October 20, 2009 Order allowing plaintiff, Pedro Otavo Toro, to proceed in forma pauperis.  See Mot. for Reconsideration (Doc. No. 50).  On November 19, 2009, Toro requested the appointment of pro bono counsel in this action, and further requested that the court allow an extension of time to reply to the Motion for Reconsideration.  See Mot. for Extension of Time (Doc. No. 52).  In a November 24 Ruling, this court held that, "although the appointment of counsel is not appropriate in this case because the plaintiff has not demonstrated his inability to obtain counsel, the court will nonetheless grant the plaintiff an extension until December 8, 2009  to respond to defendant's Motion for Reconsideration."  November 24, 2009 Ruling (Doc. No. 53) at 2.  Given that the court has provided Toro additional time to respond to the Motion for Reconsideration, and given that Toro has nonetheless failed to respond by the deadline this court set, the court determines that it is now appropriate to rule upon defendant's Motion for Reconsideration.

The Motion for Reconsideration is granted.  The court vacates its grant of leave

to proceed in forma pauperis in light of the dismissal of plaintiff's appeal by the Second Circuit Court of Appeals.  See Toro v. Arnold Foods Company, Inc., 09-1981-cv (2d. Cir. Oct. 9, 2009) (Doc. No. 23).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th day of December, 2009.


       /s/ Janet C. Hall
Janet C. Hall
United States District Judge